FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00435-CR

**EX PARTE JORGE ALBERTO SANDOVAL**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-000651-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On November 11, 2020, appellant filed his appellant's brief in which he challenges the constitutionality of a state statute. The record does not reflect that the attorney general is a party or counsel in the litigation. We therefore ORDER appellant to complete and file in this court **by December 28, 2020** the "Challenge to the Constitutionality of a State Statute" form. *See* TEX. CONST. art. V, § 32; TEX. GOV'T CODE § 402.010.

We order the Clerk of this Court to provide a copy of the form to appellant. The form may also be found at https://www.txcourts.gov/media/687731/constitutionality.pdf.

It is so **ORDERED** December 18, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT